LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BROWN, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AERO OPCO, a Limited Liability Company; and DOES 1-50, Inclusive,<br><br>　　　　　Defendants. | Case No. 5:19-cv-00745-TJH (MRWx)<br><br>**ORDER FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) [JS-6]**<br><br>Action Filed in State Court: March 18, 2019<br><br>San Bernardino County Superior Court<br>Case No. CIVDS 1908185 |

## **ORDER**

Having considered the stipulation and finding good cause exists, it is hereby ORDERED that the action is dismissed with prejudice as to all parties and its entirety; each party to bear his/her/its own attorneys' fees and costs.

SO ORDERED.

Dated: NOVEMBER 27, 2019

By:_____
　　Terry J. Hatter, Jr.
　　United States District Judge

4846-7669-6749.1 094413.1004